APRIL 20, 1960

**No. 64114.**—SUIT 4973.—Olavarria & Co., Inc. *v.* United States.— —C.D. 2008 affirmed January 6, 1960. C.A.D. 729.

BEFORE THE SECOND DIVISION, APRIL 25, 1960

**No. 64115.**—D. H. Grant & Co., Inc. *v.* United States, protests 278296–K, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.

**No. 64116.**—L. E. Coppersmith *v.* United States, protest 59/9409 (Los Angeles).

Opinion by RAO, J. The protest was dismissed.

**No. 64117.**—Railway Express Agency, Inc. *v.* United States, protest 59/12556 (Los Angeles).

Opinion by RAO, J. The protest was dismissed.